UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA DISNEY,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT JONSEN, et al.,<br><br>    Defendants. | Case No. 24-cv-04172-EKL<br><br>**ORDER TO SHOW CAUSE** |

On November 12, 2024, the Court granted Defendants' motion to dismiss with leave to file an amended complaint as to Defendant County of Santa Clara by December 13, 2024. ECF No. 21. As of the date of this Order, Plaintiff has failed to file an amended complaint. Plaintiff is hereby ORDERED TO SHOW CAUSE, in writing and no later than February 21, 2025, why her claims should not be dismissed without prejudice for failure to prosecute. *See* Fed. R. Civ. P. 41(b

**IT IS SO ORDERED.**

Dated:  January 30, 2025

Eumi K. Lee
United States District Judge