UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA DISNEY,<br><br>        Plaintiff,<br><br>    v.<br><br>ROBERT JONSEN, et al.,<br><br>        Defendants. | Case No. 24-cv-04172-EKL<br><br>**ORDER OF DISMISSAL** |

In this action, pro se Plaintiff Diana Disney ("Plaintiff") alleges that Defendants County of Santa Clara ("County") and Robert Jonsen ("Jonsen") engaged in conduct amounting to false arrest in violation of the Fourth Amendment. The Court previously dismissed the complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), finding that Plaintiff failed to allege sufficient facts to state a cognizable claim under 42 U.S.C. § 1983 or otherwise. The Court granted Plaintiff leave to file an amended complaint against Defendant County by December 13, 2024. ECF No. 21. The Court dismissed the complaint with prejudice as to Defendant Jonsen. *Id*. Plaintiff did not file an amended complaint. On January 30, 2025, the Court issued an order to show cause why this action should not be dismissed for failure to prosecute, directing Plaintiff to file a written response by February 21, 2025. ECF No. 22. As of the date of this order, Plaintiff has not filed a response. Accordingly, based on Plaintiff's failure to respond and for the reasons stated in its November 12, 2024 order, the Court DISMISSES this action without prejudice as to the County. See Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

Dated: March 4, 2025

Eumi K. Lee
United States District Judge